IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

EDDIE BRILEY                                PLAINTIFF

v.                    No. 5:17-cv-260-DPM-BD

GERALD ROBERSON, Sheriff,
Jefferson County Jail, *et al.*                 DEFENDANTS

## ORDER

**1.** On *de novo* review, the Court adopts the partial recommendation, № 7, as modified. FED. R. CIV. P. 72(b)(3). Briley's objections, № 21, are partly sustained: construing the complaint broadly, Briley has stated a failure-to-protect claim against Roberson and Bolin as well. № 1 at 4–5. The remaining objections are overruled. If Briley wants to make a claim against Defendant Evans, then he must do so in an amended complaint — not in his objections.

**2.** Briley may proceed with his failure-to-protect claims against Cherry, Johnson, Tyler, Hunter, Adams, Alexander, McClinton, Taylor, Browley, Roberson, and Bolin. He may proceed with his excessive-force claims against Shaw, Taylor, and Cherry. And he may proceed with his deliberate-indifference claims against Turntine, Rose, and Johnson. All other claims and defendants are dismissed without prejudice.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

12 December 2017