# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**EDDIE BRILEY**                                                    **PLAINTIFF**

v.                                    **No. 5:17-cv-260-DPM**

**GERALD ROBERSON, Sheriff,**
**Jefferson County Jail,** *et al.*                      **DEFENDANTS**

## ORDER

Motion to voluntarily dismiss, № 45, granted. FED. R. CIV. P. 41(a)(2). Briley's complaint will be dismissed without prejudice. The pending recommendation, № 44, is declined as moot.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_____5 April 2018_____