IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**EDDIE BRILEY**                                                          **PLAINTIFF**

v.                              No. 5:17-cv-260-DPM

**GERALD ROBERSON, Sheriff,**
**Jefferson County Jail,** *et al.*                                       **DEFENDANTS**

## JUDGMENT

Briley's complaint is dismissed without prejudice.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

5 April 2018